JOHN BRAND, *Appellant*, v. L. G. NORTON, *Appellee*.

Decision Filed November 3, 1920.

An Appeal from an order of the Circuit Court within and for the County of Dade; H. Pierre Branning, Judge.

*Shutts & Bowen*, for Appellant;

*McCaskill & McCaskill*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the order aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

THE GULF TRADING COMPANY, A CORPORATION, *Plaintiff in Error*, v. CHARLES CAMPBELL *et al.*, *Defendants in Error*.

Decision Filed November 3, 1920.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Franklin; E. C. Love, Judge.

*R. Don McLeod, Jr.,* for Plaintiff in Error;

*W. J. Oven,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

IDA TAYLOR THOMAS AND HENRY THOMAS, HER HUSBAND, *Plaintiffs in Error,* v. MARY E. HAYTER, *Defendant in Error.*

Opinion Filed November 3, 1920.

Where the evidence, though conflicting, affords a sufficient legal basis for a verdict, and no material or harmful errors of law or procedure appear, the judgment will be affirmed.

A Writ of Error to the Circuit Court for Duval County; Daniel A. Simmons, Judge.

Judgment affirmed.

*McGill & McGill,* for Plaintiffs in Error;